IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:23-cv-02635-GPG-NRN

JEANA CURTIS,
              Plaintiff,

v.

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,
              Defendant.

_____

**STIPULATION FOR DISMISSAL WITH PREJUDICE**
_____

        Plaintiff Jeana Curtis and Defendant State Farm Mutual Automobile Insurance Company, by and through their respective counsel of record, and

        WHEREAS, all things and matters in controversy herein between Plaintiff and Defendant have been compromised and settled, and full accord and satisfaction made therefore,

        IT IS HEREBY STIPULATED AND AGREED by and among Plaintiff and Defendant that the within action filed by Plaintiff against Defendant may be forthwith ordered dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Respectfully submitted this 8th day of July, 2024.

| TENGE LAW FIRM, LLC | CAMPBELL, WAGNER & FRAZIER, LLC |
|---|---|
| *s/ M. Paige Orgel* | *s/ Rebecca Wagner* |
| M. Paige Orgel, #46450 | Rebecca K. Wagner, #33473 |
| J. Todd Tenge, #22088 | Madison Engel, #50397 |
| 2521 Broadway Street, Ste. A | 5251 DTC Parkway Suite 400 |
| Boulder, CO 80304 | Greenwood Village, Colorado 80111 |
| Telephone: (303) 665-2929 | Telephone: (303) 831-5990 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |